# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Fabian CHAVEZ-CARRANZA | ) | Case No. 10-6349M |
| | ) | |
| _Defendant_ | ) | |
| | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 23, 2010, in the District of Arizona, defendant, Fabian Chavez-Carranza, an alien illegally or unlawfully in the United States, did knowingly and unlawfully possess a firearm, that is one Dan Wesson Arms .357 Magnum revolver which previously had been shipped or transported in interstate or foreign commerce in violation of Title 18, United States Code, Section 922(g)(5).

I further state that I am Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY:  AUSA JONELL L. LUCCA

☒ Continued on the attached sheet.

_Complainant's signature_

John W. Dodson, Special Agent - ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date: June 23, 2010

_Judge's signature_

City and state:  Phoenix, Arizona

David K. Duncan, U.S. Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, John Dodson, having been duly sworn, depose and state as follows:

1. I have been a sworn law enforcement officer since July 1994 and employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since June 2004. I am currently assigned to the ATF Phoenix Field Division, Phoenix Strike-Force. Previously, I was employed by the Loudoun County Sheriff's Office and worked in the Vice/Narcotics section as a criminal investigator. During this time, I was assigned to and worked for the Drug Enforcement Administration's HIDTA (High Intensity Drug Trafficking Area) Task Force. I have received training by the Virginia Department of Criminal Justice Services, the DEA, the ATF, the FBI, and others in criminal investigations, firearms investigations (firearms trafficking, the interstate nexus of firearms), drug investigations (drug distribution, drug trafficking, drug identification). I am also familiar with the use, effects and appearance of controlled substances, including 3,4-methylenedioxymethamphetamine (MDMA - commonly known as ecstasy), cocaine and cocaine Hydrochloride (HCL), marijuana, heroin and other opium derivatives, and methamphetamines. I have conducted investigations and assisted in the investigations of numerous violations of the Uniform Drug Control Act, federal firearms statutes, and many other federal, state and local laws. I have acquired knowledge and

experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I have attended and completed the ATF Firearms Interstate Nexus Training Course and prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. I have cultivated, interviewed, and work with confidential informants during criminal investigations and undercover operations. I have acted as an undercover Agent, undercover Agent handler, and case agent in criminal investigations. I have provided sworn testimony in affidavits, district courts, and grand jury proceedings which has led to the issuance of numerous arrest warrants, search warrants, seizure warrants, indictments, and convictions. I have been recognized as an expert witness in U.S. District Court and given testimony as such, in the fields of cocaine trafficking and distribution, MDMA trafficking and distribution, and drug ledger ("owe sheet") identification and interpretation.

3. On June 23, 2010, Special Agents with the United States Drug Enforcement Administration (DEA), in furtherance of a drug trafficking investigation, executed a search warrant at 16073 W. Woodland Avenue, Goodyear, Arizona, the Chavez-Carranza residence. Found in the residence at the time of the warrant's execution were Fabian Chavez-

Carranza, his reported wife Maria Garcia-Valdez, and their two small children.

4. Subsequent to their search of the residence, DEA agents located and recovered a Dan Wesson Arms, .357 Magnum revolver and five (5) rounds of .38 Special ammunition from the upstairs, master bedroom's closet. Both Maria Garcia-Valdez and Fabian Chavez-Carranza stated to your Affiant that the aforementioned firearm belonged to the defendant, Fabian Chavez-Carranza. Based upon the preliminary physical examination of this firearm by your Affiant, in conjunction with the research, knowledge and experience of, it is your Affiant's opinion that this Dan Wesson .357 Magnum revolver is a firearm as defined in Title 18, United States Code, Section 921(a)(3) and that it was not manufactured in the State of Arizona. By virtue of that fact, it is your Affiant's opinion that to arrive in Arizona, the firearm moved in or affected interstate commerce.

5. Furthermore, Fabian Chavez-Carranza stated to your Affiant that he is a citizen of Mexico and that he had entered the United States on a temporary Visa which expired (in 2003), thus making him an over-stay. Your Affiant also confirmed, telephonically, with agents of the Immigration and Customs Enforcement (ICE) that Fabian Chavez-Carranza was not legally in the United States.

6. Based upon the foregoing, I submit that there is probable cause to

believe that Fabian Chavez-Carranza did, while being an alien illegally or unlawfully in the United States, knowingly possess a firearm which has previously been shipped or transported in interstate or foreign commerce in violation of Title 18, United States Code, Section 922(g)(5).

_____
John W. Dodson, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives


Sworn to and subscribed before me
this 23rd day of June, 2010.

_____
HONORABLE DAVID K. DUNCAN
United States Magistrate Judge