JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007-2730
Telephone: (602) 382-2700
Facsimile: (602) 382-2800

GREGORY A. BARTOLOMEI
State Bar No. 011803
Asst. Federal Public Defender
Attorney for Defendant
gregory_bartolomei@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-10-1031-PHX-ROS (DKD) |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Fabian Chavez-Carranza, | |
| Defendant. | |

   Fabian Chavez-Carranza, through undersigned counsel, respectfully submits this sentencing memorandum to request that the plea agreement be accepted and that the Court impose the minimum sentence of ten (10) months as recommended by the Probation Officer in the Pre-sentence Report (PSR).

Legal Argument

   The defense received a copy of the draft of the PSR and it was reviewed with the Defendant today, September 21, 2010. The Defendant has no objections to the PSR and solely requests a factual correction on page two which indicates he has no dependents. As reflected in ¶ 29, he is married and has an infant daughter.

As stated in ¶ 11 of the PSR, the Defendant fully accepts responsibility for his conduct and has repeatedly expressed his remorse for his behavior.  He is very worried about his inability to support his wife and child while he remains in custody but he understands that he placed himself in these circumstances.  He truly looks forward to being released so that he can meet his responsibilities.

When one reads *18 U.S.C. § 3553(a)*, it is clear that the law expects the Court to consider <u>real</u> factors regarding the "person" being sentenced.  Mr. Chavez-Carranza has provided the Court with a number of letters from people who really know him and who can attest to his good character.   Given who he is and in considering those sentencing factors, the time that he has already spent in custody pending the resolution of this case has taught him the value of his freedom and he has no intention of engaging in conduct that places him at risk of returning to any prison, neither in the United States nor in Mexico.  Thus, for this Defendant, a prison sentence of 10 months as recommended in the PSR is serious time and this first (and only) experience with the criminal justice system has been a hard lesson for him but one which has been fully digested.

Mr. Chavez-Carranza understands that he will also suffer the consequences of a deportation with no possibility of returning for many years.  This is a *significant* consequence because it literally means that his actions have now effectively denied his family the opportunity to try to live in the United States with all of the benefits that living in our country provides.  Thus, it is a form of punishment that he must bear because regardless of how hard the economic circumstances are and may yet become in Mexico, returning to the United States is out of the question.

1

2      Thus, we respectfully urge that in this case, harsher punishment is not

3  appropriate.  Our Courts recognize that there is a point where excessive punishment

4  does the exact opposite of what is intended...it does not promote respect for the law

5  "...but derision of the law if the law is viewed as merely a means to dispense harsh

6  punishment without taking into account the real conduct *and circumstances* involved

7  in sentencing."  *Gall v. United States*, 128 S.Ct. 586, 599 (2007) (emphasis added).

8                                                  Conclusion

9      For all of these reasons, we respectfully urge that the recommended

10  sentence is sufficient under the facts of our case.

11      Respectfully Submitted:   September 21, 2010.

12                                          JON M. SANDS
13                                          Federal Public Defender

14

15                                           s/ *Gregory A. Bartolomei*
16                                          GREGORY A. BARTOLOMEI
                                            Asst. Federal Public Defender
17

18

19

20

21

22

23

24

25

26

27

28

3

I hereby certify that on September 21, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**JONELL L. LUCCA**
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

**LISA A. FIELDS**
U.S. Probation Officer
401 West Washington Street
First Floor
Phoenix, Arizona 85003

Copy of the foregoing mailed
this 21st day of September, 2010, to:

Fabian Chavez-Carranza
Defendant

 s/ *S. West*
S. West

4