DENNIS K. BURKE
United States Attorney
District of Arizona

JONELL L. LUCCA
Assistant United States Attorney
Arizona State Bar No. 021543
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Jonell.Lucca@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Fabian Chavez-Carranza,<br><br>Defendant. | **CR-10-1031-PHX-ROS**<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

**1.   Introduction.**

The Defendant pled guilty to Illegal Alien in Possession of a Firearm, a Class C felony. This pleading will analyze the sentencing factors in 18 U.S.C. § 3553, and conclude with a sentencing recommendation that requests a 13 month sentence of incarceration for the Defendant.

**2.   Sentencing Factors.**

   **a.   Nature and Circumstances of the Offense.**

The Defendant, while residing in the United States illegally, purchased a firearm, which he kept with him at his residence. The Defendant came to the attention of law enforcement during a Drug Enforcement Administration investigation into a drug trafficking organization involved in the distribution of cocaine and methamphetamine in the Phoenix, Arizona area. During the investigation, DEA utilized court-authorized wire interceptions, which ultimately led agents to obtain and execute a search warrant at the Defendant's residence. During the search, a firearm was found; the Defendant admitted ownership of the firearm. No drug charges were filed against the Defendant.

     **b.**    **History and Characteristics of the Defendant.**

The Defendant has no criminal history.  However, the Defendant chose to remain in the United States illegally, and to purchase and possess a firearm while residing in the country.

     **c.**    **Adequate Deterrence/Protection to the Public.**

The United States believes that a sentence at the mid-point of the sentencing guideline range should accomplish the dual goal of protecting the public from the defendant and sending a message of deterrence to those who would emulate him.

     **d.**    **Promote Respect for the Law and Provide Just Punishment.**

The United States believes that a sentence at the mid-point of the sentencing guideline range is needed to promote respect for the law and to provide just punishment. The Defendant remained in the country illegally, owned a firearm while in the United States, and engaged in conduct that brought him to the attention of law enforcement.

**3.**    **Sentencing Recommendation.**

The United States does not differ much from the recommendation suggested by Probation. The United States holds the opinion that a Guidelines sentence at the low end seems too lenient in this case.  A sentence at the mid-point of the sentencing guideline range more fully addresses the factors to be considered under 18 U.S.C. §3553.  For that reason, the United States would recommend a sentence of 13 months of incarceration for the Defendant with a three-year term of supervised release to follow to ensure that the Defendant does not return to the United States and engage in further criminal conduct.

Respectfully submitted this 7th day of October, 2010.

DENNIS K. BURKE  
United States Attorney  
District of Arizona

  S/Jonell L. Lucca  
JONELL L. LUCCA  
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gregory A. Bartolomei
Attorney at Law

By: _S/Raquel Lopez_